**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Plate Restaurant LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-1865473** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **701 E 63rd St** **Ste 100** **Kansas City, MO 64110** Number, Street, City, State & ZIP Code | **9237 Ward Pkwy** **Ste 230** **Kansas City, MO 64114** P.O. Box, Number, Street, City, State & ZIP Code |
| **Jackson** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 25-20998   Doc# 1   Filed 07/18/25   Page 1 of 40

**7.**    **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     __7225__

**8.**    **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**    **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | | Relationship |
| District | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

☐ $50,001 - $100,000            ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million         ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Official Form 201                  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                  page 4

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 18, 2025**
               MM / DD / YYYY

**X** **/s/ Christian Joseph**          **Christian Joseph**
Signature of authorized representative of debtor      Printed name

Title    **Owner/CEO**

**18. Signature of attorney**

**X** **/s/ George J Thomas**         Date   **July 18, 2025**
Signature of attorney for debtor                   MM / DD / YYYY

**George J Thomas 19230**
Printed name

**Phillips & Thomas LLC**
Firm name

**5251 W 116th Place**
**Suite 200**
**Leawood, KS 66211**
Number, Street, City, State & ZIP Code

Contact phone   **913-385-9900**      Email address   **geojthomas@gmail.com**

**19230 KS**
Bar number and State

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 5

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Plate Restaurant LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF KANSAS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express<br>PO Box 360002<br>Chicago, FL 33336-0002 | | credit card | | | | $15,000.00 |
| Aui Fine Foods<br>9211 Gaither Rd<br>Gaithersburg, MD 20877 | | services | | | | $1,200.00 |
| BB63 LLC<br>PO Box 30584<br>Kansas City, MO 64112 | | rent arrears | | | | $175,000.00 |
| Bergamot & Ivy Design<br>PO Box 410813<br>Kansas City, MO 64141 | | services | | | | $950.00 |
| BKS Artisan Ales<br>633 E 63rd St<br>Kansas City, MO 64110 | | services | | | | $750.00 |
| Blue Rain Media<br>36 A St Unit 6E<br>Boston, MA 02127 | | services | | | | $725.00 |
| Bradley Construction<br>8337 Monticello Rd<br>Lenexa, KS 66227 | | services | | | | $1,200.00 |
| Breakthru Beverage<br>PO Box 952601<br>Saint Louis, MO 63195 | | supplies | | | | $750.00 |
| Capital One Sparks Card<br>PO Box 71083<br>Charlotte, NC 28272 | | credit card | | | | $2,500.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Design Mechanical Inc 100 Greystone Ave Kansas City, KS 66103 | | services | | | | $800.00 |
| Doug Freeman CPA 12701 Metcalf Ave Ste 202 Overland Park, KS 66213 | | services | | | | $2,300.00 |
| Evergy PO Box 219330 Kansas City, MO 64121 | | utility bill | | | | $1,500.00 |
| Fortune Fish & Gourmet Fortune MO Dept 10477 PO Box 87618 Chicago, IL 60680 | | services | | | | $750.00 |
| Lightspeed Capital 2200 Sand Hill Rd Menlo Park, CA 94025 | | business loan | | | | $52,472.00 |
| Missouri Department of Revenue Division of Taxation PO Box 385 Jefferson City, MO 65105-0385 | | sales tax | | | | $400,000.00 |
| Park Place Village Merch Assoc Bldg ID R3ZPPR PO Box 6112 Hicksville, NY 11802 | | services | | | | $1,000.00 |
| Performance Food Service 290 SE Thompson Dr Lees Summit, MO 64082 | | services | | | | $950.00 |
| Terra Firma USA Inc 951 Harmstead Court St Saint Charles, MO 63301 | | services | | | | $750.00 |
| United Beverage Co 1903 Woodland Ave Kansas City, MO 64108 | | vendor | | | | $1,500.00 |

| Debtor | **Plate Restaurant LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **United Healthcare UHS Billing PO Box 959782 Saint Louis, MO 63195** | | **services** | | | | **$1,100.00** |

Fill in this information to identify the case:

Debtor name  **Plate Restaurant LLC**

United States Bankruptcy Court for the:  DISTRICT OF KANSAS

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** Restaurant furniture and equipment | $0.00 | | Unknown |

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
      Add lines 39 through 42. Copy the total to line 86.    | $0.00 |

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | Plate Restaurant LLC | Case number (If known) |
|---|---|---|
| | Name | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $0.00 |

Debtor name __**Plate Restaurant LLC**__

United States Bankruptcy Court for the: __DISTRICT OF KANSAS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1 Austin Business Finance LLC**
Creditor's Name

**c/o Crhis Mundt**
**4853 Williams Dr Ste 111**
**Georgetown, TX 78633**
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
**2023**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

Describe the lien
**Non-Purchase Money Security**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim: Unknown**     **Value of collateral: $0.00**

**2.2 Austin Business Finance LLC**
Creditor's Name

**c/o Chris Mundt**
**4853 Williams Dr Ste 111**
**Georgetown, TX 78633**
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
**2024**

Last 4 digits of account number

Describe debtor's property that is subject to a lien
**Restaurant furniture and equipment**

Describe the lien
**Non-Purchase Money Security**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Amount of claim: $40,000.00**     **Value of collateral: Unknown**

| Debtor | **Plate Restaurant LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. IOU Financial** | ☐ Disputed |
| **2. Lightspeed Capital** | |
| **3. Austin Business Finance LLC** | |

---

| 2.3 | **IOU Financial** | Describe debtor's property that is subject to a lien | $133,000.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Restaurant furniture and equipment** | | |

**600 Town Park Ln
Ste 100
Kennesaw, GA 30144**

Creditor's mailing address

Describe the lien
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
2024
Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.2** | ☐ Disputed |

---

| 2.4 | **Lightspeed Capital** | Describe debtor's property that is subject to a lien | $56,000.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Restaurant furniture and equipment** | | |

**2200 Sand Hill Rd
Menlo Park, CA 94025**

Creditor's mailing address

Describe the lien
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
2024
Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.2** | ☐ Disputed |

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $229,000.00

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

Debtor **Plate Restaurant LLC**        Case number (*if known*) _____
Name

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Backd Financial**<br>**4853 Williams**<br>**Ste 111 Office G**<br>**Georgetown, TX 78633** | Line __2.2__ | |
| **Lieberman & Klestzick LLP**<br>**PO Box 356**<br>**Cedarhurst, NY 11516** | Line __2.3__ | |

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Missouri Department of Revenue**<br>**Division of Taxation**<br>**PO Box 385**<br>**Jefferson City, MO 65105-0385** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$400.00.00** | **$400.00.00** |
| Date or dates debt was incurred<br>**2023-2025** | Basis for the claim:<br>**sales tax** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Ace Grease Serv Inc**<br>**9035 State Route 163**<br>**Millstadt, IL 62260**<br>Date(s) debt was incurred **2024**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **services**<br>Is the claim subject to offset? ☑ No ☐ Yes | **$500.00** |
| **3.2** Nonpriority creditor's name and mailing address<br>**American Express**<br>**PO Box 360002**<br>**Chicago, FL 33336-0002**<br>Date(s) debt was incurred **2023**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **credit card**<br>Is the claim subject to offset? ☑ No ☐ Yes | **$15,000.00** |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Arrowhead Specialty Meats**
**1200 Taney**
**Kansas City, MO 64116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**Aui Fine Foods**
**9211 Gaither Rd**
**Gaithersburg, MD 20877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175,000.00** |
|---|---|---|---|

**BB63 LLC**
**PO Box 30584**
**Kansas City, MO 64112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **rent arrears**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$950.00** |
|---|---|---|---|

**Bergamot & Ivy Design**
**PO Box 410813**
**Kansas City, MO 64141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|

**BKS Artisan Ales**
**633 E 63rd St**
**Kansas City, MO 64110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Blue Beetle Pest Control**
**10308 State Line Rd**
**Leawood, KS 66206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$725.00** |
|---|---|---|---|

**Blue Rain Media**
**36 A St Unit 6E**
**Boston, MA 02127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |

**Bradley Construction**
**8337 Monticello Rd**
**Lenexa, KS 66227**

Date(s) debt was incurred __2024__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |

**Breakthru Beverage**
**PO Box 952601**
**Saint Louis, MO 63195**

Date(s) debt was incurred __2024__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |

**Bridgebuilder Tax & Legal**
**9325 Pflumm Rd**
**Lenexa, KS 66215**

Date(s) debt was incurred __2024__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __services__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $305.00 |

**Broadway Roasting Co**
**4012 Washington St**
**Kansas City, MO 64111**

Date(s) debt was incurred __2024__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |

**Brooks Grease Services**
**3104 N Erie Ave**
**Tulsa, OK 74115**

Date(s) debt was incurred __2024__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |

**Capital One Sparks Card**
**PO Box 71083**
**Charlotte, NC 28272**

Date(s) debt was incurred __2023__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __credit card__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |

**Cintas Corp**
**PO Box 88005**
**Chicago, IL 60680**

Date(s) debt was incurred __2024__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __services__

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | | $650.00 |
|---|---|---|---|

**3.17** Nonpriority creditor's name and mailing address

**CVB Inc Water Doctor**
**2602 Pear St**
**PO Box 3060**
**Saint Joseph, MO 64503**

Date(s) debt was incurred __2023__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __services__

Is the claim subject to offset? ■ No ☐ Yes

$650.00

---

**3.18** Nonpriority creditor's name and mailing address

**Design Mechanical Inc**
**100 Greystone Ave**
**Kansas City, KS 66103**

Date(s) debt was incurred __2024__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __services__

Is the claim subject to offset? ■ No ☐ Yes

$800.00

---

**3.19** Nonpriority creditor's name and mailing address

**Doug Freeman CPA**
**12701 Metcalf Ave**
**Ste 202**
**Overland Park, KS 66213**

Date(s) debt was incurred __2024__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __services__

Is the claim subject to offset? ■ No ☐ Yes

$2,300.00

---

**3.20** Nonpriority creditor's name and mailing address

**Easy Ice LLC**
**PO Box 650769**
**Dallas, TX 75265**

Date(s) debt was incurred __2024__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __services__

Is the claim subject to offset? ■ No ☐ Yes

$150.00

---

**3.21** Nonpriority creditor's name and mailing address

**Evergy**
**PO Box 219330**
**Kansas City, MO 64121**

Date(s) debt was incurred __2024__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __utility bill__

Is the claim subject to offset? ☐ No ☐ Yes

$1,500.00

---

**3.22** Nonpriority creditor's name and mailing address

**Excel Linen Supply**
**501 Funston Rd**
**Kansas City, KS 66115**

Date(s) debt was incurred __2024__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __services__

Is the claim subject to offset? ■ No ☐ Yes

$385.00

---

**3.23** Nonpriority creditor's name and mailing address

**Fortune Fish & Gourmet**
**Fortune MO Dept 10477**
**PO Box 87618**
**Chicago, IL 60680**

Date(s) debt was incurred __2024__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __services__

Is the claim subject to offset? ■ No ☐ Yes

$750.00

---

**3.24**

**Nonpriority creditor's name and mailing address**

**Index Restaurant Supply**
**521 Main St**
**Kansas City, MO 64105**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.25**

**Nonpriority creditor's name and mailing address**

**Izzy's Espresso Service**
**17211 E 36th St S**
**Independence, MO 64055**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **services**

Is the claim subject to offset? ■ No ☐ Yes

**$310.00**

---

**3.26**

**Nonpriority creditor's name and mailing address**

**Jake's Industrial Inc**
**1101 SW 1st St**
**PO Box 810**
**Oak Grove, MO 64075**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **services**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.27**

**Nonpriority creditor's name and mailing address**

**Johnson County Wastewater**
**PO Box 219948**
**Kansas City, MO 64121-9948**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **utility**

Is the claim subject to offset? ■ No ☐ Yes

**$230.00**

---

**3.28**

**Nonpriority creditor's name and mailing address**

**Just Hoods LLC**
**8194 Nieman Rd**
**Overland Park, KS 66214**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **services**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.29**

**Nonpriority creditor's name and mailing address**

**Lightspeed Capital**
**2200 Sand Hill Rd**
**Menlo Park, CA 94025**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **business loan**

Is the claim subject to offset? ■ No ☐ Yes

**$52,472.00**

---

**3.30**

**Nonpriority creditor's name and mailing address**

**M & H Gas LLC**
**13013 E US Hwy 40**
**Independence, MO 64055**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **utility**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$472.00**

**Mid America Gourmet**
**11500 W 90th St**
**Overland Park, KS 66214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __**2024**__

Basis for the claim: __**services**__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00**

**Midwest Fire Systems**
**9745 Widmer Rd**
**Lenexa, KS 66215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __**2024**__

Basis for the claim: __**services**__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$335.00**

**Open Table Inc**
**One Montgomery St**
**Ste 00**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __**2024**__

Basis for the claim: __**services**__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Park Place Village Merch Assoc**
**Bldg ID R3ZPPR**
**PO Box 6112**
**Hicksville, NY 11802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __**2024**__

Basis for the claim: __**services**__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$950.00**

**Performance Food Service**
**290 SE Thompson Dr**
**Lees Summit, MO 64082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __**2024**__

Basis for the claim: __**services**__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00**

**Reed Harbour**
**5041 Merriam Dr**
**Shawnee, KS 66203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __**2024**__

Basis for the claim: __**services**__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Small Business Administration**
**14925 Kingsport Rd**
**Fort Worth, TX 76155-2243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __**2023**__

Basis for the claim: __**business loan**__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$450.00** |
|---|---|---|---|

**Southern Glazer's Wine & Spiri**
**4550 Excel Plway**
**Ste 500**
**Addison, TX 75001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$175.00** |
|---|---|---|---|

**Spire Energy**
**Drawer 2**
**Saint Louis, MO 63171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$283.00** |
|---|---|---|---|

**Storage Mart No. 1673**
**1202 Glenwood St**
**Leawood, KS 66209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$650.00** |
|---|---|---|---|

**Superior Linen Mr Mat Med Laun**
**PO Box 412177**
**Kansas City, MO 64141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$750.00** |
|---|---|---|---|

**Terra Firma USA Inc**
**951 Harmstead Court St**
**Saint Charles, MO 63301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**United Beverage Co**
**1903 Woodland Ave**
**Kansas City, MO 64108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,100.00** |
|---|---|---|---|

**United Healthcare**
**UHS Billing**
**PO Box 959782**
**Saint Louis, MO 63195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $238.00 |

**Upserve Inc**
**10 Dorrance St**
**3rd Floor**
**Providence, RI 02903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim: services**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $425.00 |

**Water One**
**10747 Renner Rd**
**Shawnee Mission, KS 66219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim: services**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |

**Watson Mechanical**
**15311 W 109th St**
**Lenexa, KS 66219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim: services**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |

**WM Waste Management**
**PO Box 4648**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim: services**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Zona Rosa**
**7210 NW 86th Terr**
**Kansas City, MO 64153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim: services**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **American Express**<br>**PO Box 5207**<br>**Fort Lauderdale, FL 33310-5207** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **SBA**<br>**PO Box 3918**<br>**Portland, OR 97208** | Line **3.37**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

Debtor   **Plate Restaurant LLC**
_____
Name

Case number (if known) _____

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 400,000.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 271,705.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 671,705.00 |

**Fill in this information to identify the case:**

Debtor name    **Plate Restaurant LLC**

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **BB63 LLC** <br> **c/o Screenland Real Estate** <br> **601 E 63rd St** <br> **Ste 170** <br> **Kansas City, MO 64110** |

Debtor name __**Plate Restaurant LLC**__

United States Bankruptcy Court for the: __DISTRICT OF KANSAS__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | *Check all schedules that apply:* |
| **2.1**   **Christian Joseph** | **4511 W 93rd Terr**<br>**Overland Park, KS 66207** | **Austin Business Finance LLC** | ■ D   __**2.1**__<br>☐ E/F _____<br>☐ G _____ |
| **2.2**   **Christian Joseph** | **4511 W 93rd Terr**<br>**Overland Park, KS 66207** | **Austin Business Finance LLC** | ■ D   __**2.2**__<br>☐ E/F _____<br>☐ G _____ |
| **2.3**   **Christian Joseph** | **4511 W 93rd Terr**<br>**Overland Park, KS 66207** | **BB63 LLC** | ☐ D _____<br>☐ E/F _____<br>■ G   __**2.1**__ |

**Fill in this information to identify the case:**

Debtor name    **Plate Restaurant LLC**

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

---

### Part 1:   Summary of Assets

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

     1a. **Real property:**
     Copy line 88 from *Schedule A/B*...........................................................................................   $     **0.00**

     1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*.......................................................................................   $     **0.00**

     1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*.........................................................................................   $     **0.00**

---

### Part 2:   Summary of Liabilities

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $     **229,000.00**

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................   $     **400,000.00**

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$     **271,705.00**

4.   **Total liabilities** ............................................................................................
    Lines 2 + 3a + 3b         $     **900,705.00**

Fill in this information to identify the case:

Debtor name **Plate Restaurant LLC**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __July 18, 2025__      X **/s/ Christian Joseph**
                                    Signature of individual signing on behalf of debtor

                                    **Christian Joseph**
                                    Printed name

                                    **Owner/CEO**
                                    Position or relationship to debtor

Fill in this information to identify the case:

Debtor name  **Plate Restaurant LLC**

United States Bankruptcy Court for the:  DISTRICT OF KANSAS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:  Income

1.  **Gross revenue from business**

    ■ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| | | |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:　Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:　Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:　Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:　Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,

moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ■ None

| Name and address | Date of service<br>From-To |
|---|---|

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ■ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

    26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___July 18, 2025___

/s/ Christian Joseph                                Christian Joseph
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Owner/CEO**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## District of Kansas

In re **Plate Restaurant LLC**
_____

Case No. _____

Debtor(s)

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .SC. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................... $ _____ **0.00**

   Prior to the filing of this statement I have received ......................... $ _____ **0.00**

   Balance Due ............................................................................... $ _____ **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtor(s) in an adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 18, 2025**
_____
_Date_

**/s/ George J Thomas**
_____
**George J Thomas 19230**
_Signature of Attorney_
**Phillips & Thomas LLC**
**5251 W 116th Place**
**Suite 200**
**Leawood, KS 66211**
**913-385-9900**
**geojthomas@gmail.com**
_Name of law firm_

Ace Grease Serv Inc
9035 State Route 163
Millstadt IL 62260

American Express
PO Box 360002
Chicago FL 33336-0002

American Express
PO Box 5207
Fort Lauderdale FL 33310-5207

Arrowhead Specialty Meats
1200 Taney
Kansas City MO 64116

Aui Fine Foods
9211 Gaither Rd
Gaithersburg MD 20877

Austin Business Finance LLC
c/o Crhis Mundt
4853 Williams Dr Ste 111
Georgetown TX 78633

Austin Business Finance LLC
c/o Chris Mundt
4853 Williams Dr Ste 111
Georgetown TX 78633

Backd Financial
4853 Williams
Ste 111 Office G
Georgetown TX 78633

BB63 LLC
PO Box 30584
Kansas City MO 64112

BB63 LLC
c/o Screenland Real Estate
601 E 63rd St
Ste 170
Kansas City MO 64110

Bergamot & Ivy Design
PO Box 410813
Kansas City MO 64141

BKS Artisan Ales
633 E 63rd St
Kansas City MO 64110

Blue Beetle Pest Control
10308 State Line Rd
Leawood KS 66206

Blue Rain Media
36 A St Unit 6E
Boston MA 02127

Bradley Construction
8337 Monticello Rd
Lenexa KS 66227

Breakthru Beverage
PO Box 952601
Saint Louis MO 63195

Bridgebuilder Tax & Legal
9325 Pflumm Rd
Lenexa KS 66215

Broadway Roasting Co
4012 Washington St
Kansas City MO 64111

Brooks Grease Services
3104 N Erie Ave
Tulsa OK 74115

Capital One Sparks Card
PO Box 71083
Charlotte NC 28272

Christian Joseph
4511 W 93rd Terr
Overland Park KS 66207

Cintas Corp
PO Box 88005
Chicago IL 60680

CVB Inc Water Doctor
2602 Pear St
PO Box 3060
Saint Joseph MO 64503

Design Mechanical Inc
100 Greystone Ave
Kansas City KS 66103

Doug Freeman CPA
12701 Metcalf Ave
Ste 202
Overland Park KS 66213

Easy Ice LLC
PO Box 650769
Dallas TX 75265

Evergy
PO Box 219330
Kansas City MO 64121

Excel Linen Supply
501 Funston Rd
Kansas City KS 66115

Fortune Fish & Gourmet
Fortune MO Dept 10477
PO Box 87618
Chicago IL 60680

Index Restaurant Supply
521 Main St
Kansas City MO 64105

IOU Financial
600 Town Park Ln
Ste 100
Kennesaw GA 30144

Missouri Department of Revenue
Division of Taxation
PO Box 385
Jefferson City MO 65105-0385

Superior Linen Mr Mat Med Laun
PO Box 412177
Kansas City MO 64141

Izzy's Espresso Service
17211 E 36th St S
Independence MO 64055

Open Table Inc
One Montgomery St
Ste 00
San Francisco CA 94104

Terra Firma USA Inc
951 Harmstead Court St
Saint Charles MO 63301

Jake's Industrial Inc
1101 SW 1st St
PO Box 810
Oak Grove MO 64075

Park Place Village Merch Assoc
Bldg ID R3ZPPR
PO Box 6112
Hicksville NY 11802

United Beverage Co
1903 Woodland Ave
Kansas City MO 64108

Johnson County Wastewater
PO Box 219948
Kansas City MO 64121-9948

Performance Food Service
290 SE Thompson Dr
Lees Summit MO 64082

United Healthcare
UHS Billing
PO Box 959782
Saint Louis MO 63195

Just Hoods LLC
8194 Nieman Rd
Overland Park KS 66214

Reed Harbour
5041 Merriam Dr
Shawnee KS 66203

Upserve Inc
10 Dorrance St
3rd Floor
Providence RI 02903

Lieberman & Klestzick LLP
PO Box 356
Cedarhurst NY 11516

SBA
PO Box 3918
Portland OR 97208

Water One
10747 Renner Rd
Shawnee Mission KS 66219

Lightspeed Capital
2200 Sand Hill Rd
Menlo Park CA 94025

Small Business Administration
14925 Kingsport Rd
Fort Worth TX 76155-2243

Watson Mechanical
15311 W 109th St
Lenexa KS 66219

M & H Gas LLC
13013 E US Hwy 40
Independence MO 64055

Southern Glazer's Wine & Spiri
4550 Excel Plway
Ste 500
Addison TX 75001

WM Waste Management
PO Box 4648
Carol Stream IL 60197

Mid America Gourmet
11500 W 90th St
Overland Park KS 66214

Spire Energy
Drawer 2
Saint Louis MO 63171

Zona Rosa
7210 NW 86th Terr
Kansas City MO 64153

Midwest Fire Systems
9745 Widmer Rd
Lenexa KS 66215

Storage Mart No. 1673
1202 Glenwood St
Leawood KS 66209

**United States Bankruptcy Court**
**District of Kansas**

In re    **Plate Restaurant LLC**

_____    Case No. _____

                              Debtor(s)        Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Owner/CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    **July 18, 2025**                 **/s/ Christian Joseph**
_____           _____

                                          **Christian Joseph**/**Owner/CEO**
                                          Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re __Plate Restaurant LLC__

Debtor(s)

Case No. _____

Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Owner/CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __July 18, 2025__

Signature __/s/ Christian Joseph__
Christian Joseph

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Kansas

In re   **Plate Restaurant LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Plate Restaurant LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 18, 2025**

Date

**/s/ George J Thomas**

**George J Thomas 19230**

Signature of Attorney or Litigant
Counsel for   **Plate Restaurant LLC**

**Phillips & Thomas LLC**
**5251 W 116th Place**
**Suite 200**
**Leawood, KS 66211**
**913-385-9900**
**geojthomas@gmail.com**