# Plate Restaurant Group, LLC
## Balance Sheet - BKS
As of July 5, 2025

|  | Total |
|---|---|
| **ASSETS** | |
|   **Current Assets** | |
|     **Bank Accounts** | |
|       CACU - Brookside Checking 2486 | - |
|       CACU - Brookside Savings 1636 | 1.01 |
|       CACU - Leawood Checking 6981 | |
|       CACU - Leawood Savings 2195 | |
|       CACU - Small Biz Checking 6456 | |
|       Cash on Hand - BKS | - |
|         Cash Tenders - BKS | 6,350.72 |
|       Total Cash on Hand - BKS | **6,350.72** |
|       Cash on Hand - LWD | |
|         Cash Tenders - LWD | |
|       Total Cash on Hand - LWD | - |
|       Petty Cash | (5,540.84) |
|     **Total Bank Accounts** | **810.89** |
|     **Other Current Assets** | |
|       Delivery Platforms | |
|         ChowNow | 906.36 |
|         Uber Eats | 796.56 |
|       Total Delivery Platforms | **1,702.92** |
|       Due from Merchant Services | 18,930.70 |
|       Stripe Activity | |
|         OpenTable tender | - |
|         POS tenders Tripleseat and Opentable | (32,080.40) |
|         Stripe Payments | 26.09 |
|         Tripleseat | 35,595.31 |
|       Total Stripe Activity | **3,541.00** |
|     **Total Other Current Assets** | **24,174.62** |
|   **Total Current Assets** | **24,985.51** |
|   **Fixed Assets** | |
|     Accumulated Depreciation | (38,805.76) |
|     Equipment | 74,921.20 |
|     Fixtures | 5,468.00 |
|     Furniture | 23,707.56 |
|     Leasehold Improvements | 70,025.77 |
|   **Total Fixed Assets** | **135,316.78** |
|   **Other Assets** | |
|     Security Deposit | |
|   **Total Other Assets** | - |
| **TOTAL ASSETS** | **160,302.29** |
| **LIABILITIES AND EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       Accounts Payable | |
|         Accounts Payable (A/P) | 400,400.78 |
|       Total Accounts Payable | **400,400.78** |
|       Credit Cards | |
|         AMEX | |
|         Quicksilver Capital One | |
|         Spark Card - 5425 | |
|       Total Credit Cards | - |
|       Other Current Liabilities | |
|         Credit Facilities | |
|           CACU - Line of Credit 2107 | 25,000.00 |
|           Lightspeed Loan BKS | 57,713.73 |

| | |
|---|---:|
| Lightspeed Loan LWD | |
| Stripe LOC | |
| **Total Credit Facilities** | **82,713.73** |
| Gift Card | |
| eCard Sales | 40,580.40 |
| Gift Card Redemptions | (232,685.97) |
| Gift Card Sales | 305,057.12 |
| **Total Gift Card** | **112,951.54** |
| Payroll Clearing - BKS | 1,993.78 |
| Payroll Clearing - LWD | |
| Payroll Liabilities | (490.85) |
| Payroll Processing | |
| Promo Cards and Vouchers | |
| Sales Tax - KS | |
| Sales Tax KS - Filings | |
| Sales Tax KS - Payment Plan | |
| Sales Tax KS - POS | |
| **Total Sales Tax - KS** | |
| Sales Tax - MO | |
| Sales Tax MO - Filings | 57,338.21 |
| Sales Tax MO - Payment Plan | 320,275.72 |
| Sales Tax MO - POS | 54,254.65 |
| **Total Sales Tax - MO** | **431,868.58** |
| Tips Payable - BKS | 7,693.62 |
| Tips Payable - LWD | |
| **Total Other Current Liabilities** | **636,730.40** |
| **Total Current Liabilities** | **1,037,131.18** |
| Long-Term Liabilities | |
| Loan from Owner | |
| Loans | |
| Backd Direct | 41,699.95 |
| CACU - SBA | 133,738.46 |
| CACU - SBA2 | 14,779.00 |
| IOU Central | |
| Westwood Funding | |
| **Total Loans** | **190,217.41** |
| **Total Long-Term Liabilities** | **190,217.41** |
| **Total Liabilities** | **1,227,348.59** |
| Equity | |
| Opening balance equity | |
| Owner's Equity | |
| Owner Draws/Withdrawals | |
| **Total Owner's Equity** | |
| Retained Earnings | (1,067,046.31) |
| Net Income | |
| **Total Equity** | **(1,067,046.31)** |
| **TOTAL LIABILITIES AND EQUITY** | **160,302.29** |

Sunday, Jul 13, 2025 07:09:45 AM GMT-7 - Accrual Basis

| Debt Summary | BKS |
|---|---:|
| AP | 400,400.78 |
| Credit cards | - |
| Credit facilities | 82,713.73 |
| Sales tax | 431,868.58 |
| Loans | 190,217.41 |
| | |
| Total | 1,105,200.50 |

# Plate Restaurant Group, LLC
## Balance Sheet - CORP
As of July 5, 2025

|  | Total |
|---|---|
| **ASSETS** | |
|   **Current Assets** | |
|     **Bank Accounts** | |
|       CACU - Brookside Checking 2486 | |
|       CACU - Brookside Savings 1636 | |
|       CACU - Leawood Checking 6981 | |
|       CACU - Leawood Savings 2195 | |
|       CACU - Small Biz Checking 6456 | (10,142.59) |
|       Cash on Hand - BKS | |
|         Cash Tenders - BKS | |
|       Total Cash on Hand - BKS | - |
|       Cash on Hand - LWD | |
|         Cash Tenders - LWD | |
|       Total Cash on Hand - LWD | - |
|       Petty Cash | |
|     **Total Bank Accounts** | **(10,142.59)** |
|     **Other Current Assets** | |
|       Delivery Platforms | |
|         ChowNow | |
|         Uber Eats | |
|       Total Delivery Platforms | - |
|       Due from Merchant Services | |
|       Stripe Activity | |
|         OpenTable tender | |
|         POS tenders Tripleseat and Opentable | |
|         Stripe Payments | |
|         Tripleseat | |
|       Total Stripe Activity | - |
|     **Total Other Current Assets** | - |
|   **Total Current Assets** | **(10,142.59)** |
|   **Fixed Assets** | |
|     Accumulated Depreciation | |
|     Equipment | |
|     Fixtures | |
|     Furniture | |
|     Leasehold Improvements | |
|   **Total Fixed Assets** | - |
|   **Other Assets** | |
|     Security Deposit | 4,600.00 |
|   **Total Other Assets** | **4,600.00** |
| **TOTAL ASSETS** | **(5,542.59)** |
| **LIABILITIES AND EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       Accounts Payable | |
|         Accounts Payable (A/P) | 54,878.21 |
|       **Total Accounts Payable** | **54,878.21** |
|       Credit Cards | |
|         AMEX | 30,626.98 |
|         Quicksilver Capital One | 4,695.07 |
|         Spark Card - 5425 | 3,676.53 |
|       **Total Credit Cards** | **38,998.58** |
|       Other Current Liabilities | |
|         Credit Facilities | |
|           CACU - Line of Credit 2107 | |
|           Lightspeed Loan BKS | |

| | |
|---|---:|
| Lightspeed Loan LWD | |
| Stripe LOC | |
| **Total Credit Facilities** | - |
| Gift Card | |
| eCard Sales | |
| Gift Card Redemptions | |
| Gift Card Sales | |
| **Total Gift Card** | - |
| Payroll Clearing - BKS | |
| Payroll Clearing - LWD | |
| Payroll Liabilities | |
| Payroll Processing | |
| Promo Cards and Vouchers | |
| Sales Tax - KS | |
| Sales Tax KS - Filings | |
| Sales Tax KS - Payment Plan | |
| Sales Tax KS - POS | |
| **Total Sales Tax - KS** | - |
| Sales Tax - MO | |
| Sales Tax MO - Filings | |
| Sales Tax MO - Payment Plan | |
| Sales Tax MO - POS | |
| **Total Sales Tax - MO** | - |
| Tips Payable - BKS | |
| Tips Payable - LWD | |
| **Total Other Current Liabilities** | - |
| **Total Current Liabilities** | 93,876.79 |
| Long-Term Liabilities | |
| Loan from Owner | 19,637.36 |
| Loans | |
| Backd Direct | |
| CACU - SBA | |
| CACU - SBA2 | |
| IOU Central | |
| Westwood Funding | |
| **Total Loans** | - |
| **Total Long-Term Liabilities** | 19,637.36 |
| **Total Liabilities** | **113,514.15** |
| Equity | |
| Opening balance equity | (625,874.59) |
| Owner's Equity | |
| Owner Draws/Withdrawals | (214,879.12) |
| **Total Owner's Equity** | **(214,879.12)** |
| Retained Earnings | 911,183.08 |
| Net Income | (189,486.11) |
| **Total Equity** | **(119,056.74)** |
| **TOTAL LIABILITIES AND EQUITY** | **(5,542.59)** |

| Debt Summary | CORP |
|---|---:|
| AP | 54,878.21 |
| Credit cards | 38,998.58 |
| Credit facilities | - |
| Sales tax | - |
| Loans | 19,637.36 |
| **Total** | **113,514.15** |