# Statement of Cash Flows
## Plate Restaurant Group, LLC
### BKS
#### January 1-July 5, 2025

| Full name | Total |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | (63,880.82) |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
|   Accounts Payable (A/P) | 77,237.93 |
|   AMEX | |
|   Credit Facilities:Lightspeed Loan BKS | 57,713.73 |
|   Credit Facilities:Lightspeed Loan LWD | |
|   Credit Facilities:Stripe LOC | (5,759.44) |
|   Delivery Platforms:ChowNow | (949.75) |
|   Delivery Platforms:Uber Eats | (848.65) |
|   Due from Merchant Services | 6,171.33 |
|   Gift Card:eCard Sales | |
|   Gift Card:Gift Card Redemptions | |
|   Gift Card:Gift Card Sales | |
|   Payroll Clearing - BKS | (883.06) |
|   Payroll Clearing - LWD | |
|   Payroll Liabilities | (736.28) |
|   Sales Tax - KS:Sales Tax KS - Filings | |
|   Sales Tax - KS:Sales Tax KS - Payment Plan | |
|   Sales Tax - KS:Sales Tax KS - POS | |
|   Sales Tax - MO:Sales Tax MO - Filings | 38,769.26 |
|   Sales Tax - MO:Sales Tax MO - Payment Plan | (76,670.17) |
|   Sales Tax - MO:Sales Tax MO - POS | 6,679.83 |
|   Spark Card - 5425 | |
|   Stripe Activity:POS tenders Tripleseat and Opentable | |
|   Stripe Activity:Stripe Payments | |
|   Stripe Activity:Tripleseat | |
|   Tips Payable - BKS | (20,946.67) |
|   Tips Payable - LWD | |
| Total for Adjustments to reconcile Net Income to Net Cash provided by operations: | 79,778.07 |
| **Net cash provided by operating activities** | **15,897.25** |
| **INVESTING ACTIVITIES** | |
|   Leasehold Improvements | |
|   Security Deposit | |
| **Net cash provided by investing activities** | - |
| **FINANCING ACTIVITIES** | |
|   Loan from Owner | |
|   Loans:CACU - SBA | (17,614.41) |
|   Loans:CACU - SBA2 | (28,359.43) |
|   Loans:IOU Central | |
|   Loans:Westwood Funding | |
|   Owner's Equity:Owner Draws/Withdrawals | |
| **Net cash provided by financing activities** | **(45,973.84)** |
| **NET CASH INCREASE FOR PERIOD** | **(30,076.59)** |
| Cash at beginning of period | - |
| **CASH AT END OF PERIOD** | **(30,076.59)** |

Accrual Basis Sunday, July 13, 2025 07:08 PM GMTZ

Case 25-20998    Doc# 6    Filed 07/18/25    Page 1 of 2

# Statement of Cash Flows
## Plate Restaurant Group, LLC
### CORP
January 1-July 5, 2025

| Full name | Total |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | (235,229.45) |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| Accounts Payable (A/P) | |
| AMEX | 7,249.62 |
| Credit Facilities:Lightspeed Loan BKS | |
| Credit Facilities:Lightspeed Loan LWD | |
| Credit Facilities:Stripe LOC | |
| Delivery Platforms:ChowNow | |
| Delivery Platforms:Uber Eats | |
| Due from Merchant Services | |
| Gift Card:eCard Sales | 4,340.00 |
| Gift Card:Gift Card Redemptions | (112,435.80) |
| Gift Card:Gift Card Sales | 32,351.11 |
| Payroll Clearing - BKS | |
| Payroll Clearing - LWD | |
| Payroll Liabilities | |
| Sales Tax - KS:Sales Tax KS - Filings | |
| Sales Tax - KS:Sales Tax KS - Payment Plan | |
| Sales Tax - KS:Sales Tax KS - POS | |
| Sales Tax - MO:Sales Tax MO - Filings | |
| Sales Tax - MO:Sales Tax MO - Payment Plan | |
| Sales Tax - MO:Sales Tax MO - POS | |
| Spark Card - 5425 | (1,019.79) |
| Stripe Activity:POS tenders Tripleseat and Opentable | 88,879.46 |
| Stripe Activity:Stripe Payments | (65.22) |
| Stripe Activity:Tripleseat | (88,988.27) |
| Tips Payable - BKS | |
| Tips Payable - LWD | |
| **Total for Adjustments to reconcile Net Income to Net Cash provided by operations:** | (69,688.89) |
| **Net cash provided by operating activities** | (304,918.34) |
| **INVESTING ACTIVITIES** | |
| Leasehold Improvements | (11,608.37) |
| Security Deposit | (4,600.00) |
| **Net cash provided by investing activities** | (16,208.37) |
| **FINANCING ACTIVITIES** | |
| Loan from Owner | 19,637.36 |
| Loans:CACU - SBA | |
| Loans:CACU - SBA2 | |
| Loans:IOU Central | |
| Loans:Westwood Funding | |
| Owner's Equity:Owner Draws/Withdrawals | (3,710.98) |
| **Net cash provided by financing activities** | 15,926.38 |
| **NET CASH INCREASE FOR PERIOD** | (305,200.33) |
| **Cash at beginning of period** | 139,208.60 |
| **CASH AT END OF PERIOD** | (165,991.73) |

Accrual Basis Sunday, July 13, 2025 07:08 PM GMTZ

Case 25-20998    Doc# 6    Filed 07/18/25    Page 2 of 2