# Plate Restaurant Group, LLC
## Profit and Loss
### January 1 - July 5, 2025

|  | PLATE - BROOKSIDE | PLATE - CATERING | TOTAL |
|---|---:|---:|---:|
| Income |  |  |  |
|   Auto-Gratuity | 8,731.61 | 186.00 | $8,917.61 |
|   Non Cash Fees | 25,596.32 | 30.63 | $25,626.95 |
|   Sales |  |  | $0.00 |
|     Sales - Beer | 12,362.50 |  | $12,362.50 |
|     Sales - Catering |  | 880.00 | $880.00 |
|     Sales - Food | 665,860.93 | 266.00 | $666,126.93 |
|     Sales - Liquor | 107,373.74 |  | $107,373.74 |
|     Sales - N/A Beverage | 28,095.06 |  | $28,095.06 |
|     Sales - Wine | 144,751.00 |  | $144,751.00 |
|   Total Sales | 958,443.23 | 1,146.00 | $959,589.23 |
| **Total Income** | **$992,771.16** | **$1,362.63** | **$994,133.79** |
| Cost of Goods Sold |  |  |  |
|   COGS |  |  | $0.00 |
|     COGS - Beer | 2,887.78 |  | $2,887.78 |
|     COGS - Beverage | 4,465.44 |  | $4,465.44 |
|     COGS - Bread/Dry | 32,891.71 |  | $32,891.71 |
|     COGS - Dairy & Eggs | 29,215.31 |  | $29,215.31 |
|     COGS - Dessert | 6,326.35 |  | $6,326.35 |
|     COGS - Fish | 24,748.62 |  | $24,748.62 |
|     COGS - Liquor | 20,305.77 |  | $20,305.77 |
|     COGS - Meat | 47,428.38 |  | $47,428.38 |
|     COGS - Other | -337.86 | 252.12 | $ -85.74 |
|     COGS - Produce | 25,666.39 |  | $25,666.39 |
|     COGS - To Go/Paper/Disposable/Plastic | 11,833.22 |  | $11,833.22 |
|     COGS - Wine | 34,718.48 |  | $34,718.48 |
|   Total COGS | 240,149.59 | 252.12 | $240,401.71 |
| **Total Cost of Goods Sold** | **$240,149.59** | **$252.12** | **$240,401.71** |
| **GROSS PROFIT** | **$752,621.57** | **$1,110.51** | **$753,732.08** |
| Expenses |  |  |  |
|   Bank Fees |  |  |  |
|     Bank Fees | 132.99 |  | $132.99 |
|     Late Fees | 846.96 |  | $846.96 |
|   Total Bank Fees | 979.95 |  | $979.95 |
|   Car & Truck |  |  | $0.00 |
|     Car Service | 1,441.85 |  | $1,441.85 |
|   Total Car & Truck | 1,441.85 |  | $1,441.85 |
|   Credit Card/Merchant Fees | 38,593.32 |  | $38,593.32 |
|     POS Fees | 781.43 |  | $781.43 |
|     UberEats Fees | 4,914.09 |  | $4,914.09 |
|   Total Credit Card/Merchant Fees | 44,288.84 |  | $44,288.84 |

# Plate Restaurant Group, LLC
## Profit and Loss
January 1 - July 5, 2025

| | PLATE - BROOKSIDE | PLATE - CATERING | TOTAL |
|---|---:|---:|---:|
| Discounts | | | $0.00 |
|   Employee Discounts | 8,366.38 | | $8,366.38 |
|   Free card | 2,355.00 | | $2,355.00 |
|   Gift Cards Discounts | 113.00 | | $113.00 |
|   Guest Discount | 4,768.75 | 32.40 | $4,801.15 |
|   Manager Discount | 5,642.50 | | $5,642.50 |
|   Old cards | 2,844.46 | | $2,844.46 |
|   Taxes on Discounts | 2,054.00 | | $2,054.00 |
|   VIP Discounts | 19,948.21 | | $19,948.21 |
| **Total Discounts** | **46,092.30** | **32.40** | **$46,124.70** |
| Employee Benefits | | | $0.00 |
|   Health Insurance | 1,881.63 | | $1,881.63 |
|   Workers Comp | 7,727.00 | | $7,727.00 |
| **Total Employee Benefits** | **9,608.63** | | **$9,608.63** |
| Insurance | | | $0.00 |
|   General Liability | 12,812.85 | | $12,812.85 |
| **Total Insurance** | **12,812.85** | | **$12,812.85** |
| IT/Computer | 399.20 | | $399.20 |
|   Software | 7,994.65 | | $7,994.65 |
| **Total IT/Computer** | **8,393.85** | | **$8,393.85** |
| Licenses | 917.84 | | $917.84 |
| Marketing & Advertising | | | $0.00 |
|   OpenTable | 25,310.00 | | $25,310.00 |
| **Total Marketing & Advertising** | **25,310.00** | | **$25,310.00** |
| Office Supplies & Software | 34.85 | | $34.85 |
| Payroll Expense | | | $0.00 |
|   Payroll Tax | 54,009.91 | | $54,009.91 |
|   Salaries | 137,357.99 | | $137,357.99 |
|   Wages | 278,850.44 | | $278,850.44 |
| **Total Payroll Expense** | **470,218.34** | | **$470,218.34** |
| Payroll Service Fees | 4,984.96 | | $4,984.96 |
| Rent & Leases | | | $0.00 |
|   Rent/Lease - Buildings & Land | 101,859.42 | | $101,859.42 |
| **Total Rent & Leases** | **101,859.42** | | **$101,859.42** |
| Research & Development | | | $0.00 |
|   Meals | 138.81 | | $138.81 |
| **Total Research & Development** | **138.81** | | **$138.81** |
| Restaurant Operations | | | $0.00 |
|   Cleaning | 9,581.99 | | $9,581.99 |
|   Flowers, Floral, & Decor | 692.46 | | $692.46 |
|   Music/Entertainment | 7,800.00 | | $7,800.00 |

# Plate Restaurant Group, LLC
## Profit and Loss
January 1 - July 5, 2025

|  | PLATE - BROOKSIDE | PLATE - CATERING | TOTAL |
|---|---:|---:|---:|
| Pest Control | 675.00 |  | $675.00 |
| Recycling | 300.00 |  | $300.00 |
| Rent/Lease - Equipment | 2,837.30 |  | $2,837.30 |
| Repairs & Maintenance | 5,158.37 |  | $5,158.37 |
| **Total Restaurant Operations** | **27,045.12** |  | **$27,045.12** |
| Supplies |  |  | $0.00 |
| Bar | 119.95 |  | $119.95 |
| Cleaning/Chemicals | 228.96 |  | $228.96 |
| Kitchen | 2,470.11 |  | $2,470.11 |
| Linen | 6,750.08 |  | $6,750.08 |
| Office | 520.77 |  | $520.77 |
| Other | 61.54 |  | $61.54 |
| Propane | 835.82 |  | $835.82 |
| Restaurant | 4,235.10 |  | $4,235.10 |
| Uniforms | 735.02 |  | $735.02 |
| **Total Supplies** | **15,957.35** |  | **$15,957.35** |
| Utilities |  |  | $0.00 |
| Gas | 12,464.83 |  | $12,464.83 |
| Power | 12,335.64 |  | $12,335.64 |
| Trash | 2,474.66 |  | $2,474.66 |
| Water | 3,902.47 |  | $3,902.47 |
| **Total Utilities** | **31,177.60** |  | **$31,177.60** |
| **Total Expenses** | **$801,262.56** | **$32.40** | **$801,294.96** |
| NET OPERATING INCOME | $ -48,640.99 | $1,078.11 | $ -47,562.88 |
| Other Income |  |  |  |
| Interest Income | 51.54 |  | $51.54 |
| **Total Other Income** | **$51.54** | **$0.00** | **$51.54** |
| Other Expenses |  |  |  |
| Interest Expense | 16,369.48 |  | $16,369.48 |
| **Total Other Expenses** | **$16,369.48** | **$0.00** | **$16,369.48** |
| NET OTHER INCOME | $ -16,317.94 | $0.00 | $ -16,317.94 |
| NET INCOME | $ -64,958.93 | $1,078.11 | $ -63,880.82 |

# Plate Restaurant Group, LLC
## Profit and Loss
### January 1 - July 5, 2025

|  | PLATE - CORPORATE | PLATE - PIZZERIA | TOTAL |
|---|---:|---:|---:|
| Income |  |  |  |
|   Memberships - VIP | 14,946.95 |  | $14,946.95 |
|   Services | 729.40 |  | $729.40 |
| **Total Income** | **$15,676.35** | **$0.00** | **$15,676.35** |
| Cost of Goods Sold |  |  |  |
|   COGS |  |  | $0.00 |
|     COGS - Other | -228.86 |  | $ -228.86 |
|   **Total COGS** | **-228.86** |  | **$ -228.86** |
| **Total Cost of Goods Sold** | **$ -228.86** | **$0.00** | **$ -228.86** |
| **GROSS PROFIT** | **$15,905.21** | **$0.00** | **$15,905.21** |
| Expenses |  |  |  |
|   Administrative Expense |  |  | $0.00 |
|     Accounting Services | 37,500.00 |  | $37,500.00 |
|     CPA | 2,500.00 |  | $2,500.00 |
|   **Total Administrative Expense** | **40,000.00** |  | **$40,000.00** |
|   Bank Fees | 781.50 |  | $781.50 |
|     Late Fees | 166.09 | 4.28 | $170.37 |
|   **Total Bank Fees** | **947.59** | **4.28** | **$951.87** |
|   Car & Truck |  |  | $0.00 |
|     Fuel, Parking, & Mileage | 894.23 |  | $894.23 |
|   **Total Car & Truck** | **894.23** |  | **$894.23** |
|   Credit Card/Merchant Fees | 8.00 |  | $8.00 |
|     Gift Card Fees | 439.00 |  | $439.00 |
|     POS Fees | 361.57 |  | $361.57 |
|     Stripe Fees | 2,892.96 |  | $2,892.96 |
|   **Total Credit Card/Merchant Fees** | **3,701.53** |  | **$3,701.53** |
|   Employee Benefits |  |  | $0.00 |
|     Health Insurance | 4,358.75 |  | $4,358.75 |
|   **Total Employee Benefits** | **4,358.75** |  | **$4,358.75** |
|   Human Resources |  |  | $0.00 |
|     Recruiting/Recruitment | 391.02 |  | $391.02 |
|   **Total Human Resources** | **391.02** |  | **$391.02** |
|   Insurance |  |  | $0.00 |
|     Auto Insurance | 2,681.57 |  | $2,681.57 |
|     Owner Life Insurance | 3,696.41 |  | $3,696.41 |
|   **Total Insurance** | **6,377.98** |  | **$6,377.98** |
|   IT/Computer | 1,195.77 |  | $1,195.77 |
|     Software | 10,805.46 |  | $10,805.46 |
|   **Total IT/Computer** | **12,001.23** |  | **$12,001.23** |

# Plate Restaurant Group, LLC

## Profit and Loss
### January 1 - July 5, 2025

|  | PLATE - CORPORATE | PLATE - PIZZERIA | TOTAL |
|---|---:|---:|---:|
| Licenses | 109.39 |  | $109.39 |
| Marketing & Advertising |  |  | $0.00 |
|   Communication | 1,282.00 |  | $1,282.00 |
|   Design Services | 2,314.42 |  | $2,314.42 |
|   Online Ads | 2,590.75 |  | $2,590.75 |
|   Other Marketing | 1,506.26 |  | $1,506.26 |
|   Research | 489.29 |  | $489.29 |
| **Total Marketing & Advertising** | **8,182.72** |  | **$8,182.72** |
| Office Supplies & Software | 64.09 |  | $64.09 |
| Payroll Expense |  |  | $0.00 |
|   Payroll Tax | 7,498.66 |  | $7,498.66 |
|   Salaries | 89,138.03 |  | $89,138.03 |
| **Total Payroll Expense** | **96,636.69** |  | **$96,636.69** |
| Rent & Leases |  |  | $0.00 |
|   Rent/Lease - Buildings & Land | 33,248.26 | 12,293.38 | $45,541.64 |
| **Total Rent & Leases** | **33,248.26** | **12,293.38** | **$45,541.64** |
| Research & Development |  |  | $0.00 |
|   Meals | 206.77 |  | $206.77 |
| **Total Research & Development** | **206.77** |  | **$206.77** |
| Restaurant Operations |  |  | $0.00 |
|   Music/Entertainment | 1,542.77 |  | $1,542.77 |
|   Recycling | 232.98 |  | $232.98 |
|   Repairs & Maintenance | 10.83 |  | $10.83 |
| **Total Restaurant Operations** | **1,786.58** |  | **$1,786.58** |
| Supplies |  |  | $0.00 |
|   Kitchen | 129.51 |  | $129.51 |
|   Office | 394.00 |  | $394.00 |
|   Restaurant | 439.12 |  | $439.12 |
| **Total Supplies** | **962.63** |  | **$962.63** |
| Utilities |  |  | $0.00 |
|   Gas |  | 1,289.43 | $1,289.43 |
|   Internet/Cable/Phone | 9,044.72 |  | $9,044.72 |
| **Total Utilities** | **9,044.72** | **1,289.43** | **$10,334.15** |
| **Total Expenses** | **$218,914.18** | **$13,587.09** | **$232,501.27** |
| NET OPERATING INCOME | $ -203,008.97 | $ -13,587.09 | $ -216,596.06 |
| Other Income |  |  |  |
|   Interest Income | 21.84 |  | $21.84 |
|   Other Misc Income | 26,604.96 |  | $26,604.96 |
| **Total Other Income** | **$26,626.80** | **$0.00** | **$26,626.80** |

# Plate Restaurant Group, LLC
## Profit and Loss
### January 1 - July 5, 2025

|  | PLATE - CORPORATE | PLATE - PIZZERIA | TOTAL |
|---|---|---|---|
| Other Expenses |  |  |  |
|   Interest Expense | 45,260.19 |  | $45,260.19 |
| **Total Other Expenses** | **$45,260.19** | **$0.00** | **$45,260.19** |
| NET OTHER INCOME | $ -18,633.39 | $0.00 | $ -18,633.39 |
| NET INCOME | $ -221,642.36 | $ -13,587.09 | $ -235,229.45 |