# United States Bankruptcy Court
## District of Kansas

In re    **Plate Restaurant LLC**                Case No.   **25-20998**

                                       Debtor(s)        Chapter    **11**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel must also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    **Community America Credit Union**
                                         **5601 W 95th St, Overland Park, KS 66207**

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:    **$125,000.00**

     Nature of claim:    **business loan**

     Date incurred:    **2019**

3. This claim has been scheduled as (Check one box):

☑ secured;                ☐ priority;              ☐ general unsecured.

4. Trustee, if one has been appointed:   Robbin L Messerli, PO Box 8686, Prairie Village, KS 66208 (Sub. V. Trustee)

5. Original deadline for filing proofs of claim:   **9/26/25**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727   **10/24/25**   [Date].

    **or**

    ☐     This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐     This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐     This claim was added to the schedules after the deadline for filing claims stated above.

☐     This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐     A plan in this case was confirmed on: _____[Date].

☐     No plan has been confirmed in this case, but a confirmation hearing is currently set for _____ [Date] at _____[Location]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by _____[Date]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled, and notice provided by the Clerk upon expiration of the deadline date.

☐     The final order of discharge was entered on _____ [Date] and a copy is attached.

       Certificate of Service: I certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____ [Date].

**/s/ George J Thomas**                                           

Attorney Signature                                          Debtor Signature (Optional if signed by counsel)

Attorney Name   **George J Thomas**

Bar Number   **19230 KS**

Appendix 1-01 to LBR 1009.1 Notice of Amendment of Schedules D, E/F, G or H (Addition of Creditor(s)) (rev. 3/2020)

Firm Address   **5251 W 116th Place**
City, State ZIP  **Suite 200**
               **Leawood, KS 66211**

Fax  _____

Email   **geojthomas@gmail.com**

Joint Debtor Signature (Optional if signed by counsel)

Appendix 1-01 to LBR 1009.1 Notice of Amendment of Schedules D, E/F, G or H (Addition of Creditor(s)) (rev. 3/2020)