IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

**In Re:**

**Plate Restaurant LLC**
          Debtor(s)         Case No. 25-20998
                                        Chapter 11
                                        Jointly Administered

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST
REGARDING PLAN CONFIRMATION IN A CHAPTER 11
SUBCHAPTER V CASE AND DIRECTING NOTICE**

Notice is hereby given that the Debtor(s) has filed a chapter 11 plan, dated October 16, 2025.

1. **November 21, 2025,** is fixed as the date by which the holders of claims and interests may accept or reject the plan. Ballots shall be served on counsel for the plan proponent at the address listed on the ballot and must be received by 4:00 p.m. on that date to be counted.

2. **July 18, 2025,** is fixed as the date by which any equity security holder or creditor whose claim is based on a security must be the holder of record of the security in order to be eligible to accept or reject the plan.

3. **November 21, 2025,** is fixed as the date for filing objections to the plan. Objections must be filed with the Clerk of the Bankruptcy Court, 444 S.E. Quincy, Room 240, Topeka, Kansas, and served in accordance with Federal Rule of Bankruptcy Procedure 3020(b)(1).

4. A hearing on confirmation of the plan will be held on **December 11, 2025 at 1:46 p.m.,** U.S. Bankruptcy Court, 500 State Avenue, Room 144, Kansas City, Kansas, 66101, at which time Debtor(s) or its representative shall appear.

5. By **October 24, 2025**, Debtor's counsel shall mail to all parties in interest, or parties required to receive notice by the Code, a copy of this notice, the plan and appropriate forms for acceptance or rejection of the plan. Upon service, a certificate of service shall be filed with the Clerk of the Bankruptcy Court.

6. By **December 8, 2025**, Debtor's counsel shall file a ballot summary.

Dated: October 17, 2025

                                                      s/Dale L. Somers
                                                    DALE L. SOMERS
                                                   CHIEF JUDGE, U. S. BANKRUPTCY COURT